IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § § Civil Action No. 2:21-CV-00137 - AWA-RJK |

## MOTION TO DISMISS

NOW COMES Defendant Palo Alto Networks, Inc. ("PAN"), by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss this action and enter judgment in its favor. In support of its motion, PAN refers this Court to its memorandum in support, filed simultaneously herewith.

Respectfully submitted,

PALO ALTO NETWORKS, INC.
By Counsel

By: /s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

David E. Finkelson (VSB No. 44059)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
Jacqueline Baker (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
brett.govett@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Richard Zembek (Admitted *Pro Hac Vice*)
Eric Hall (Admitted *Pro Hac Vice*)
Daniel Leventhal (Admitted *Pro Hac Vice*)
Daniel Prati (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
richard.zembek@nortonrosefulbright.com
eric.hall@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

Stephanie DeBrow (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
stephanie.debrow@nortonrosefulbright.com

James R. Batchelder (*Pro Hac Vice* Pending)
Andrew T. Radsch (*Pro Hac Vice* Pending)
Carolyn L. Redding (*Pro Hac Vice* Pending)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000

james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com
carolyn.redding@ropesgray.com

***COUNSEL FOR PALO ALTO NETWORKS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

Stephen E. Noona
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
(757) 624-3239
Fax: (888) 360-9092
Email: senoona@kaufcan.com

Hannah Yunkyung Lee
James Russell Hannah
Kristopher Benjamin Kastens
Lisa Kobialka
Paul Joseph Andre
Kramer Levin Naftalis & Frankel LLP (CA-NA)
990 Marsh Rd
Menlo Park, CA 94025
(650) 752-1700
Fax: (650) 752-1800
Email: hlee@kramerlevin.com
Email: jhannah@kramerlevin.com
Email: kkastens@kramerlevin.com
Email: lkobialka@kramerlevin.com
Email: pandre@kramerlevin.com

*Attorneys for Centripetal Networks, Inc.*

> By: /s/ Robert W. McFarland
> Robert W. McFarland (VSB No. 24021)
> MCGUIREWOODS LLP
> 101 W. Main Street, Suite 9000
> Norfolk, Virginia 23510
> Telephone: (757) 640-3716
> Facsimile: (757) 640-3966
> E-mail: rmcfarland@mcguirewoods.com