**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:21-cv-00137 (RCY) |
| ) | |
| vs. ) | |
| ) | |
| PALO ALTO NETWORKS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF CENTRIPETAL NETWORK, INC.'S
MOTION TO DISQUALIFY ROPES & GRAY LLP AS
<u>COUNSEL FOR DEFENDANT PALO ALTO NETWORKS, INC.</u>**

Plaintiff Centripetal Networks, Inc. ("Centripetal") respectfully moves this Court disqualify the law firm of Ropes & Gray LLP as counsel for Defendant Palo Alto Networks, Inc. ("PAN") as their representation in this litigation creates a significant conflict of interest and violates the Virginia rules of professional conduct.  Additionally, Centripetal moves this Court to order Ropes & Gray LLP to take additional remedial measures in light of the conflict.

This Motion is based on the accompanying Memorandum in Support of Centripetal's Motion, the Declaration of Jonathan Rogers in Support of Centripetal's Motion, the Declarations of Hannah Lee in Support of Centripetal's Motion, the pleadings and papers on file in this action, and all other papers and arguments submitted in connection with this matter.  Centripetal respectfully requests that the Court grant its Motion and enter the proposed Order attached hereto as **Exhibit 1**.

Dated:  July 21, 2021                                     Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James R. Hannah (*pro hac vice*)
Hannah Y. Lee (*pro hac vice*)
**KRAMER LEVIN NAFTALIS**
  **& FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff,*
*Centripetal Networks, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

> */s/ Stephen E. Noona*
> Stephen E. Noona
> Virginia State Bar No. 25367
> **KAUFMAN & CANOLES, P.C.**
> 150 West Main Street, Suite 2100
> Norfolk, VA 23510
> Telephone: (757) 624-3239
> Facsimile: (888) 360-9092
> senoona@kaufcan.com