**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| CENTRIPETAL NETWORKS, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 2:21-cv-00137 (RCY) |
| | ) | |
| vs. | ) | **PUBLIC VERSION - REDACTED** |
| | ) | |
| PALO ALTO NETWORKS, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**PLAINTIFF CENTRIPETAL NETWORKS, INC.'S**
**MEMORANDUM IN SUPPORT OF ITS**
**MOTION TO DISQUALIFY ROPES & GRAY LLP AS**
**COUNSEL FOR DEFENDANT PALO ALTO NETWORKS, INC.**

# <u>TABLE OF CONTENTS</u>

<u>**Page**</u>



## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*A1 Procurement, LLC v. Thermcor, Inc.*,
    No. 2:15-cv-15, 2015 WL 13733927 (E.D. Va. Nov. 18, 2015) ..............................................5

*A1 Procurement, LLC v. Thermcor, Inc.*,
    No. 2:15-cv-015, 2016 WL 184397 (E.D. Va. Jan. 15, 2016) ..................................................5

*Audio MPEG, Inc. v. Dell, Inc.*,
    219 F. Supp. 3d 563 (E.D. Va. 2016) ............................................................................10, 11

*BT Holdings, LLC v. Vill. of Chester*,
    No. 15-civ-1986 (CS)(JCM), 2015 WL 8968360 (S.D.N.Y. Dec. 14, 2015) ...........................7

*Buckley v. Airshield Corp.*,
    908 F.Supp. 299 (D. Md. 1995) .............................................................................................11

*Dao v. Faustin*,
    402 F. Supp. 3d 308 (E.D. Va. 2019) ......................................................................................6

*In re Asbestos Cases*,
    514 F. Supp. 914 (E.D.Va. 1981) ..........................................................................................14

*GTE N., Inc. v. Apache Prods. Co.*,
    914 F. Supp. 1575 (N.D. Ill. 1996) ...................................................................................6, 11

*Jack Eckerd Corp. v. Dart Grp. Corp.*,
    621 F. Supp. 725 (D. Del. 1985) ..............................................................................................7

*Lewis v. Capital One Servs.*,
    No. 3:04-cv-186, 2004 U.S. Dist. LEXIS 26978 (E.D. Va. Jun. 10, 2004) .............................5

*Lifenet, Inc. v. Musculoskeletal Transplant Found.*,
    No. 3:06-cv-387-HEH, 2007 WL 1169191 (E.D. Va. Apr. 19, 2007) ......................................5

*Sunbeam Prods., Inc. v. Hamilton Beach Brands, Inc.*,
    727 F. Supp. 2d 469 (E.D. Va. 2010) ....................................................................................13

*Tessier v. Plastic Surgery Specialists, Inc.*,
    731 F. Supp. 724 (E.D. Va. 1990) ....................................................................................5, 14

*United States v. Clarkson*,
    567 F.2d 270 (4th Cir. 1977) ...................................................................................................5

*Westinghouse Elec. Corp. v. Kerr-McGee Corp.*,
   580 F.2d 1311 (7th Cir. 1978) ...............................................................................................7

**Rules**

Va. R. Prof'l Conduct Rule 1.6.......................................................................................12

Va. R. Prof'l Conduct Rule 1.7.............................................................................. *passim*

Va. R. Prof'l Conduct Rule 1.9.............................................................................. *passim*

Va. R. Prof'l Conduct Rule 1.10.................................................................................5, 13

Va. R. Prof'l Conduct Rule 3.3.......................................................................................12

































Dated:  July 21, 2021

Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James R. Hannah (*pro hac vice*)
Hannah Y. Lee (*pro hac vice*)
**KRAMER LEVIN NAFTALIS**
  **& FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff,*
*Centripetal Networks, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing electronic to all counsel of record.

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com