**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., ) | |
| ) | |
| *Plaintiff*, ) | C.A. No. 2:21-cv-00137-RCY-RJK |
| ) | |
| vs. ) | **PUBLIC VERSION - REDACTED** |
| ) | |
| PALO ALTO NETWORKS, INC., ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**DECLARATION OF JONATHAN ROGERS IN SUPPORT
OF PLAINTIFF CENTRIPETAL NETWORKS, INC.'S
MOTION TO DISQUALIFY ROPES & GRAY LLP AS
<u>COUNSEL FOR DEFENDANT PALO ALTO NETWORKS, INC.</u>**

I, Jonathan Rogers, make the following declaration under penalty of perjury:

1. I have personal knowledge of the facts stated in this Declaration and can testify competently to those facts. I make this Declaration in support of Centripetal Networks, Inc.'s ("Centripetal") Motion to Disqualify Ropes & Gray As Counsel For Defendant Palo Alto Networks, Inc. ("PAN").

[redacted]



3

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 21, 2021, in Christiansted, V.I.

                                                                                   _____
                                                                                    Jonathan Rogers

Dated: July 21, 2021

Respectfully submitted,

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James R. Hannah (*pro hac vice*)
Hannah Y. Lee (*pro hac vice*)
**KRAMER LEVIN NAFTALIS**
 **& FRANKEL LLP**
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff,*
*Centripetal Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

                                             */s/ Stephen E. Noona*
                                             Stephen E. Noona
                                             Virginia State Bar No. 25367
                                             **KAUFMAN & CANOLES, P.C.**
                                             150 West Main Street, Suite 2100
                                             Norfolk, VA 23510
                                             Telephone: (757) 624-3239
                                             Facsimile: (888) 360-9092
                                             senoona@kaufcan.com