**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| CENTRIPETAL NETWORKS, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | C.A. No. 2:21-cv-00137-RCY-RJK |
| | ) | |
| vs. | ) | **PUBLIC VERSION - REDACTED** |
| | ) | |
| PALO ALTO NETWORKS, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**DECLARATION OF HANNAH LEE IN SUPPORT OF
PLAINTIFF CENTRIPETAL NETWORKS, INC.'S
MOTION TO DISQUALIFY ROPES & GRAY LLP AS
<u>COUNSEL FOR DEFENDANT PALO ALTO NETWORKS, INC.</u>**

I, Hannah Lee make the following declaration under penalty of perjury:

1. I am an attorney admitted to practice in the State of California. I am a partner at the law firm of Kramer Levin Naftalis & Frankel LLP and I am admitted *pro hac vice* in the above-captioned action representing Plaintiff, Centripetal Networks, Inc. ("Centripetal"). I make this declaration based upon my personal knowledge and documents herein, in support of Centripetal's Motion to Disqualify Ropes & Gray as Counsel for Defendant Palo Alto Networks ("PAN").



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 21, 2021, in Menlo Park, California.

Hannah Lee

Dated:  July 21, 2021                                         Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James R. Hannah (*pro hac vice*)
Hannah Y. Lee (*pro hac vice*)
**KRAMER LEVIN NAFTALIS
 & FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff,
Centripetal Networks, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

        */s/ Stephen E. Noona*
        Stephen E. Noona
        Virginia State Bar No. 25367
        **KAUFMAN & CANOLES, P.C.**
        150 West Main Street, Suite 2100
        Norfolk, VA 23510
        Telephone: (757) 624-3239
        Facsimile: (888) 360-9092
        senoona@kaufcan.com