IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § Civil Action No. 2:21-cv-00137-RCY-RJK |

**PALO ALTO NETWORKS, INC.'S SECOND UPDATED NOTICE OF FILING OF INTER PARTES REVIEW PETITIONS CONCERNING ASSERTED PATENTS**

Defendant Palo Alto Networks, Inc. ("PAN"), hereby notifies the Court that as of July 23, 2021, it has filed a total of twelve (12) petitions with the Patent Trial and Appeal Board ("PTAB") requesting institution of *Inter Partes* Review ("IPR") proceedings with regard to eleven of the thirteen patents asserted in the Amended Complaint (the "Asserted Patents"). Specifically, PAN has filed IPRs with respect to all claims of the '343, '266, '437, '126, '028, '380, '903, '573, '246, '906 and '899 Asserted Patents. PAN expects to file a petition for IPR with respect to all claims of the '413 patent, which was asserted in the original Complaint, by July 23, 2021, and to file a petition for IPR with respect to all claims of the '797 patent, which was first asserted in the Amended Complaint, by July 30, 2021. PAN will, after all the IPR filings are complete, provide a chart summarizing pending IPR filings and the corresponding deadlines for preliminary responses and institution decisions, to the extent known.

On July 9, 2021, PAN filed its Motion to Stay this litigation pending resolution of the IPRs, and its Memorandum in Support. ECF Nos. 66, 67.

| | |
|---|---|
| Dated:  July 23, 2021 | Respectfully submitted,<br><br>PALO ALTO NETWORKS, INC.<br>By Counsel<br><br>By: /s/ Robert W. McFarland<br>Robert W. McFarland (VSB No. 24021)<br>MCGUIREWOODS LLP<br>101 W. Main Street, Suite 9000<br>Norfolk, Virginia 23510<br>Telephone: (757) 640-3716<br>Facsimile: (757) 640-3966<br>E-mail: rmcfarland@mcguirewoods.com<br><br>David E. Finkelson (VSB No. 44059)<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Telephone: (804) 775-1000<br>Facsimile: (804) 775-1061<br>E-mail: dfinkelson@mcguirewoods.com<br><br>Brett C. Govett (Admitted *Pro Hac Vice*)<br>Jacqueline Baker (Admitted *Pro Hac Vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 855-8000<br>brett.govett@nortonrosefulbright.com<br>jackie.baker@nortonrosefulbright.com<br><br>Richard Zembek (Admitted *Pro Hac Vice*)<br>Eric Hall (Admitted *Pro Hac Vice*)<br>Daniel Leventhal (Admitted *Pro Hac Vice*)<br>Daniel Prati (Admitted *Pro Hac Vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney Street, Suite 5100<br>Houston, Texas 77010<br>Telephone: (713) 651-5151<br>richard.zembek@nortonrosefulbright.com<br>eric.hall@nortonrosefulbright.com<br>daniel.leventhal@nortonrosefulbright.com<br>daniel.prati@nortonrosefulbright.com |

> Stephanie DeBrow (Admitted *Pro Hac Vice*)
> NORTON ROSE FULBRIGHT US LLP
> 98 San Jacinto Boulevard, Suite 1100
> Austin, Texas 78701
> Telephone: (512) 474-5201
> stephanie.debrow@nortonrosefulbright.com
>
> James R. Batchelder (Admitted *Pro Hac Vice*)
> Andrew T. Radsch (Admitted *Pro Hac Vice*)
> ROPES & GRAY LLP
> 1900 University Avenue, 6th Floor
> East Palo Alto, CA 94303
> Telephone: (650) 617-4000
> james.batchelder@ropesgray.com
> andrew.radsch@ropesgray.com
>
> Josef Bryks Schenker (Admitted *Pro Hac Vice*)
> ROPES & GRAY LLP
> 1211 Avenue of the Americas
> New York, NY 10036
> Telephone: (212) 596-9000
> josef.schenker@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com