IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § § § <br><br> Civil Action No. 2:21-cv-00137-RCY-RJK |

**PALO ALTO NETWORKS, INC.'S FOURTH UPDATED NOTICE OF FILING OF INTER PARTES REVIEW PETITIONS CONCERNING ASSERTED PATENTS**

Defendant Palo Alto Networks, Inc. ("PAN"), hereby notifies the Court that as of September 20, 2021, the Patent Trial and Appeal Board ("PTAB") has issued a Notice Of Filing Date Accorded To Petition ("Notice") in each of the of fourteen (14) petitions requesting institution of *Inter Partes* Review ("IPR") or Post Grant Review ("PGR") that PAN filed with regard to all claims of all thirteen (13) patents asserted in the Amended Complaint (the "Asserted Patents"). The Notices establish the deadlines for Centripetal's Preliminary Responses and the PTAB's Institution Decisions. PAN attaches hereto as Exhibit A a chart summarizing all pending IPR and PGR filings, along with their filing dates, the dates on which each Notice was issued, and the deadlines for Centripetal's Preliminary Responses and the PTAB's Institution Decisions.

On July 9, 2021, PAN filed its Motion to Stay this litigation pending resolution of the IPRs, and its Memorandum in Support. ECF Nos. 66, 67. That Motion is fully briefed.

Respectfully submitted,

PALO ALTO NETWORKS, INC.
By Counsel

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

David E. Finkelson (VSB No. 44059)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
Jacqueline Baker (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
brett.govett@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Richard Zembek (Admitted *Pro Hac Vice*)
Eric Hall (Admitted *Pro Hac Vice*)
Daniel Leventhal (Admitted *Pro Hac Vice*)
Daniel Prati (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
richard.zembek@nortonrosefulbright.com
eric.hall@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

Stephanie DeBrow (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
stephanie.debrow@nortonrosefulbright.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

Josef Bryks Schenker (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
josef.schenker@ropesgray.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                          By: */s/ Robert W. McFarland*
                                          Robert W. McFarland (VSB No. 24021)
                                          MCGUIREWOODS LLP
                                          101 W. Main Street, Suite 9000
                                          Norfolk, Virginia 23510
                                          Telephone: (757) 640-3716
                                          Facsimile: (757) 640-3966
                                          E-mail: rmcfarland@mcguirewoods.com