# EXHIBIT A

| IPR / PGR No. | Asserted Patent | Filing Date | Date of PTAB's Notice of Filing Date Accorded | Patent Owner Preliminary Response Deadline | PTAB Institution Decision Deadline |
|---|---|---|---|---|---|
| IPR2021-01153 | '437 patent | 7/6/2021 | 7/23/2021 | 10/23/2021 | 1/23/2022 |
| IPR2021-01154 | '266 patent | 7/6/2021 | 7/23/2021 | 10/23/2021 | 1/23/2022 |
| IPR2021-01155 | '343 patent | 7/6/2021 | 7/23/2021 | 10/23/2021 | 1/23/2022 |
| IPR2021-01156 | '380 patent | 7/19/2021 | 7/28/2021 | 10/28/2021 | 1/28/2022 |
| IPR2021-01270 | '380 patent | 7/19/2021 | 7/28/2021 | 10/28/2021 | 1/28/2022 |
| IPR2021-01152 | '246 patent | 7/22/2021 | 7/28/2021 | 10/28/2021 | 1/28/2022 |
| IPR2021-01147 | '028 patent | 7/19/2021 | 8/11/2021 | 11/11/2021 | 2/11/2022 |
| IPR2021-01148 | '126 patent | 7/13/2021 | 8/12/2021 | 11/12/2021 | 2/12/2022 |
| IPR2021-01150 | '903 patent | 7/20/2021 | 8/19/2021 | 11/19/2021 | 2/19/2022 |
| IPR2021-01151 | '573 patent | 7/20/2021 | 8/19/2021 | 11/19/2021 | 2/19/2022 |
| IPR2021-01157 | '906 patent | 7/22/2021 | 9/17/2021 | 12/17/2021 | 3/17/2022 |
| IPR2021-01158 | '899 patent | 7/22/2021 | 9/17/2021 | 12/17/2021 | 3/17/2022 |
| IPR2021-01149 | '413 patent | 7/23/2021 | 8/26/2021 | 12/27/2021 | 3/28/2022 |
| PGR2021-00108 | '797 patent | 8/3/2021 | 8/26/2021 | 11/26/2021 | 2/26/2022 |