IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No. 2:21-cv-00137-RCY-RJK |
| PALO ALTO NETWORKS, INC., | ) |
| *Defendant.* | ) |

**PALO ALTO NETWORKS, INC.'S
<u>NOTICE OF DETERMINATION IN RELATED PROCEEDINGS</u>**

Defendant Palo Alto Networks, Inc. ("PAN"), hereby notifies the Court that, on October 4, 2021, the United States Supreme Court denied the petition for writ of certiorari filed by Plaintiff Centripetal Networks, Inc. ("Centripetal") that challenged the prior art status of a Sourcefire User Manual. The Patent Trial and Appeal Board, in connection with various *inter partes* review proceedings brought by a third-party, had determined that the Sourcefire User Manual was prior art that rendered claims of certain Centripetal patents unpatentable—decisions that the Federal Circuit subsequently affirmed. *See Centripetal Networks, Inc. v. Cisco Sys., Inc.*, 847 F. App'x 869 (Fed. Cir. 2021), *cert. denied sub nom. Centripetal Networks, Inc. v. Cisco Systems, Inc.*, 21-193 (Oct. 4, 2021); *Centripetal Networks, Inc. v. Cisco Sys., Inc.*, 847 F. App'x 881 (Fed. Cir. 2021), *cert. denied sub nom. Centripetal Networks, Inc. v. Cisco Systems, Inc.*, 21-193 (Oct. 4, 2021). The same Sourcefire User Manual is raised as invalidating prior art in six of the thirteen IPR petitions that PAN has filed against five of Centripetal's asserted patents, namely, the '343, '380, '028, '126, and '413 patents. See Dkt. No. 157-1 (identifying PAN's pending IPR petitions against all asserted patents).

Respectfully submitted,

PALO ALTO NETWORKS, INC.
By Counsel


By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

David E. Finkelson (VSB No. 44059)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
Jacqueline Baker (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
E-mail: brett.govett@nortonrosefulbright.com
E-mail: jackie.baker@nortonrosefulbright.com

Richard Zembek (Admitted *Pro Hac Vice*)
Eric Hall (Admitted *Pro Hac Vice*)
Daniel Leventhal (Admitted *Pro Hac Vice*)
Daniel Prati (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
E-mail: richard.zembek@nortonrosefulbright.com
E-mail: eric.hall@nortonrosefulbright.com
E-mail: daniel.leventhal@nortonrosefulbright.com
E-mail: daniel.prati@nortonrosefulbright.com

Stephanie DeBrow (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
E-mail: stephanie.debrow@nortonrosefulbright.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000
E-mail: james.batchelder@ropesgray.com
E-mail: andrew.radsch@ropesgray.com

Josef Bryks Schenker (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
E-mail: josef.schenker@ropesgray.com

**COUNSEL FOR PALO ALTO NETWORKS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com