```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          Norfolk Division


 - - - - - - - - - - - - - - - - - -
                                    )
 CENTRIPETAL NETWORKS, INC.,        )
                                    )
          Plaintiff,                )   CIVIL ACTION NO.
                                    )   2:21cv00137
 v.                                 )
                                    )
 PALO ALTO NETWORKS, INC.,          )
                                    )
          Defendant.                )
                                    )
 - - - - - - - - - - - - - - - - - -



                    TRANSCRIPT OF PROCEEDINGS
                         HELD VIA ZOOM
                   (INITIAL PRETRIAL CONFERENCE)
                       Norfolk, Virginia

                         July 21, 2021



 BEFORE:  THE HONORABLE RODERICK C. YOUNG
          United States District Judge



 APPEARANCES:

          KAUFMAN & CANOLES, P.C.
          By:  Stephen Edward Noona
          and
          KRAMER LEVIN NAFTALIS & FRANKEL LLP
             Hannah Yunkyung Lee
             Paul Joseph Andre
             Counsel for Plaintiff
```

```
 1         MCGUIRE WOODS LLP
           By:  Robert William McFarland
 2              David Evan Finkelson
           and
 3         NORTON ROSE FULBRIGHT US LLP
                Brett Christopher Govett
 4              Counsel for Defendant
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              (Initial pretrial conference commenced at
 2      9:29 a.m.)
 3              THE COURT:  All right, Ms. Jones, go ahead and call
 4      our next case.
 5              THE CLERK:  Yes, Your Honor.
 6              Civil case number 2:21cv137, Centripetal Networks,
 7      Inc. versus Palo Alto Networks, Inc.  Plaintiff is
 8      represented by Steve Noona, Hannah Lee, Paul Andre.
 9      Defendant is represented by David Finkelson, Rob McFarland,
10      and Brett Govett.
11              Mr. Noona, is plaintiff ready to proceed?
12              MR. NOONA:  We are, Your Honor.
13              THE CLERK:  And, Mr. McFarland, is defense ready?
14              MR. MCFARLAND:  Defendant is ready, Your Honor.
15              THE COURT:  Very good.
16              Good morning, everyone.
17              MR. NOONA:  Good morning, Your Honor.
18              THE COURT:  So I have this on my docket for a
19      status conference, and normally what I would do is set a
20      trial date at this time and get an order together getting
21      you guys going on discovery.  However, as I looked at the
22      case a little bit over the last 24 hours, you know, one of
23      the things I saw is that there has been a motion to stay
24      filed by the defendant, and that you-all have wisely set out
25      two timelines, one timeline for if I stay the case, and one
```

1  timeline for if the case is not stayed, which I actually
2  appreciate, because that assists the Court greatly.
3       So let me ask the plaintiff -- I know your response
4  is due tomorrow -- do you know whether or not at this point
5  you're planning to agree to the stay, or you are opposing
6  the stay?
7       MR. ANDRE:  Your Honor, this is Paul Andre for the
8  plaintiff.  We're opposing the stay.
9       THE COURT:  You're opposing the stay, okay.  Very
10 good.
11      So what I will do this.  I think the best way to go
12 forward is this:  Mr. Andre, I'll let you file your response
13 to the motion to stay.  Defendant will have an opportunity
14 to reply.  I will review those documents and then make a
15 decision one way or the other.  Either we stay the case, and
16 we go with one timeline, or we don't stay the case, and we
17 go ahead and set a trial date.  Or there could be the
18 situation or circumstance where I read the motion to stay,
19 and I might need some more from you-all, and so I might put
20 another status conference on to flesh a few things out that
21 are in those documents that I have questions about.  I think
22 that's the best way to proceed.
23      But I'll ask you, Plaintiff, do you have any
24 objection to proceeding that way?
25      MR. ANDRE:  I think that's a good plan, Your Honor.

```
 1                 THE COURT:  All right.
 2                 Mr. McFarland, any objection to proceeding that
 3    way?
 4                 MR. MCFARLAND:  No, Your Honor.  I think it makes
 5    sense for the Court to rule on the stay motion, and then we
 6    can go from there.
 7                 THE COURT:  Very good.  Okay.
 8                 MR. MCFARLAND:  We did submit, as Your Honor noted,
 9    a proposed schedule, but I think it makes sense to first
10    handle the stay.
11                 THE COURT: Yes.  Yes.  I agree.  I agree.  Okay.
12    Very good.  So that's what I'll do.  And then we'll be
13    getting back in contact with you, either my law clerk or my
14    courtroom deputy.
15                 All right.  So, Plaintiff, is there anything else
16    we need to address today?
17                 MR. ANDRE:  I think that covers it, Your Honor.  We
18    will be filing a motion in the next day or so, a
19    disqualification motion against the defendant's law firm in
20    this case, because we think there is some conflict of
21    interest and some issues that may come up as well.  So
22    that's something just to put on Your Honor's radar.
23                 THE COURT:  Okay.  Thank you.
24                 All right.  Mr. McFarland, anything else we need to
25    address this morning?
```

```
 1           MR. MCFARLAND:  No, Your Honor.
 2           THE COURT:  Okay.  Very good.  All right.  Thank
 3  you very much.  You-all have a nice day.
 4           MR. NOONA:  Thank you, Your Honor, you too.
 5           MR. MCFARLAND:  Thank you, Your Honor.
 6           THE CLERK:  All right.  Thanks all.  Bye.
 7           MR. NOONA:  Thanks Julie.
 8           MR. MCFARLAND:  Take care.
 9           (Initial pretrial conference ended at 9:33 a.m.)
10                         CERTIFICATION
11
12     I certify that the foregoing is a correct transcript
13  from the record of proceedings in the above-entitled matter.
14
15
16            _____/s/_____
17                         Jill H. Trail
18                       November 5, 2021
19
20
21
22
23
24
25
```