# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., § § Plaintiff, § § v. § § PALO ALTO NETWORKS, INC., § § Defendant. § § | Civil Action No. 2:21-cv-00137-RCY-RJK |

## ROPES & GRAY LLP'S NOTICE OF ISSUANCE OF
## PTAB DECISION DENYING MOTION TO DISQUALIFY

Ropes & Gray LLP ("R&G"), on behalf of Defendant Palo Alto Networks, Inc. ("PAN"), hereby notifies the Court that, on February 8, 2022, the Patent Trial and Appeal Board ("PTAB") issued a decision denying plaintiff Centripetal Networks, Inc.'s Motion to Disqualify Ropes & Gray LLP as counsel for PAN in connection with certain *inter partes* review ("IPR") proceedings. That decision is attached as Exhibit A hereto, and is being filed under seal because it cites to and quotes from the parties' submissions with respect to Centripetal's Motion to Disqualify (Dkt. 73) in this case, including the briefs and declarations that the parties filed under seal in this case and subsequently provided to the PTAB.[1] Should the Court find it helpful, Ropes & Gray, on behalf of PAN, would be pleased to provide the parties' submissions to the PTAB concerning Centripetal's motion to disqualify Ropes & Gray in that proceeding.

---

[1] Neither PAN, nor its outside counsel at Norton Rose Fulbright or McGuire Woods, has accessed or reviewed the PTAB decision, or any of the other materials filed under seal in this case and with the PTAB concerning Centripetal's Motions to Disqualify.

February 10, 2022    Respectfully submitted,

By: *Emerson Siegle*

Emerson Siegle (VSB No. 85634)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
emerson.siegle@ropesgray.com

John P. Bueker
Matthew L. McGinnis
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
john.bueker@ropesgray.com
matthew.mcginnis@ropesgray.com
katherine.mcdonald@ropesgray.com

*Attorneys for Ropes & Gray LLP*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2022, I served the foregoing by email to all counsel of record:

      By: /s/ *Emerson Siegle*
Emerson Siegle (VSB No. 85634)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
emerson.siegle@ropesgray.com

# Exhibit A

# Filed Under Seal