**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:21-CV-00137-RCY-RJK |
| | ) |
| **PALO ALTO NETWORKS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**AMENDED FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Centripetal Networks, Inc. in the above captioned action certifies that Centripetal Networks, Inc. is a wholly-owned subsidiary of CNI Holdings, Inc.  There are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Dated:  May 2, 2022

*/s/ Stephen E. Noona*
Stephen Edward Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James R. Hannah (*pro hac vice*)
Hannah Y. Lee (*pro hac vice*)
Christina M. Finn (*pro hac vice*)

1

                 2

KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
cfinn@kramerlevin.com

*Attorneys for Plaintiff*
*Centripetal Networks, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to:

Robert McFarland, VSB No. 24021
McGuireWoods LLP
101 W. Main Street, Suite 9000
Norfolk, VA  23510
Telephone:  (757) 640-3700
Facsimile:  (757) 640-3701
rmcfarland@mcguirewoods.com

David E. Finkelson, VSB No. 44059
McGuireWoods LLP
2812 Emerywood Parkway, Suite 220
Richmond, VA  23294
Telephone:  (804) 775-1157
Facsimile:  (804) 775-1061
dfinkelson@mcguirewoods.com

Brett C. Govett (*pro hac vice*)
Jacqueline G. Baker (*pro hac vice*)
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
Brett.govett@nortonrosefulbright.com
Jackie.baker@nortonrosefulbright.com

Richard S. Zembek (*pro hac vice*)
Eric B. Hall (*pro hac vice*)
Daniel A. Prati (*pro hac vice*)
Daniel S. Leventhal (*pro hac vice*)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
Richard.zembek@nortonrosefulbright.com
Eric.hall@nortonrosefulbright.com
Daniel.prati@nortonrosefulbright.com
Daniel.leventhal@nortonrosefulbright.com

Andrew Townsend Radsch (*pro hac vice*)
Carolyn Louise Redding (*pro hac vice*)
James Richard Batchelder (*pro hac vice*)
Ropes & Gray LLP
1900 University Ave, 6th Floor
East Palo Alto, CA  94303-2284
Telephone:  (650) 617-4000
andrew.radsch@ropesgray.com
carolyn.redding@ropesgray.com
james.batchelder@ropesgray.com

Josef Byks Schenker (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090
josef.schenker@ropesgray.com

*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

/s/ Stephen E. Noona
Stephen Edward Noona, VSB No. 25367
Kaufman & Canoles, P.C.
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com