# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., F/K/A CENTRIPETAL NETWORKS, INC. <br><br> Plaintiff, <br><br> V. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:21-cv-00137 (EWH-RJK) |

**PLAINTIFF CENTRIPETAL NETWORKS, LLC'S SUPPLEMENTAL FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Centripetal Networks, LLC f//k/a Centripetal Networks, Inc. ("Centripetal"), files the following supplemental financial disclosure statement and states that Centripetal Networks, Inc. has converted from a Delaware corporation to a Delaware limited liability company, Centripetal Networks, LLC, which remains the same entity by operation of law. See Del. Code Ann. tit. 6, § 18-214.  The sole member and owner of Centripetal Networks, LLC is CNI Holdings, Inc.

Respectfully submitted,

Dated:  January 26, 2023

*/s/ Stephen E. Noona*

Stephen Edward Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA  94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys For Plaintiff
Centripetal Networks, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to:

Robert McFarland, VSB No. 24021
**MCGUIREWOODS LLP**
101 W. Main Street, Suite 9000
Norfolk, VA 23510
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
rmcfarland@mcguirewoods.com

David E. Finkelson, VSB No. 44059
**MCGUIREWOODS LLP**
2812 Emerywood Parkway, Suite 220
Richmond, VA 23294
Telephone: (804) 775-1157
Facsimile: (804) 775-1061
dfinkelson@mcguirewoods.com

Brett C. Govett (*pro hac vice*)
Jacqueline G. Baker (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Brett.govett@nortonrosefulbright.com
Jackie.baker@nortonrosefulbright.com

Richard S. Zembek (*pro hac vice*)
Eric B. Hall (*pro hac vice*)
Daniel A. Prati (*pro hac vice*)
Daniel S. Leventhal (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Richard.zembek@nortonrosefulbright.com
Eric.hall@nortonrosefulbright.com
Daniel.prati@nortonrosefulbright.com
Daniel.leventhal@nortonrosefulbright.com

Andrew Townsend Radsch (*pro hac vice*)
Carolyn Louise Redding (*pro hac vice*)
James Richard Batchelder (*pro hac vice*)
**ROPES & GRAY LLP**
1900 University Ave, 6th Floor
East Palo Alto, CA  94303-2284
Telephone:  (650) 617-4000
andrew.radsch@ropesgray.com
carolyn.redding@ropesgray.com
james.batchelder@ropesgray.com

Josef Byks Schenker (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of Americas
New York, NY  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090
josef.schenker@ropesgray.com

*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

/s/ Stephen E. Noona
Stephen Edward Noona, VSB No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com