IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 2:21-cv-00137-EWH-RJK<br>§<br>§<br>§<br>§<br>§<br>§ |

**PALO ALTO NETWORKS, INC.'S THIRD NOTICE OF THE FILING AND DOCEKTING OF APPEALS OF *INTER PARTES* REVIEWS**

Defendant Palo Alto Networks, Inc. ("PAN"), by counsel, hereby notifies the Court that the United States Court of Appeals for the Federal Circuit ("CAFC") has docketed the appeal taken from the Patent Trial and Appeal Board's ("PTAB") Final Written Decisions in the *Inter Partes* Reviews ("IPR") of the asserted '413 Patent. The CAFC has now docketed each of the appeals taken from each of the PTAB's Final Written Decisions in the IPRs of the Asserted Patents.

Below is a chart summarizing the status of and principal deadlines in the appeals taken from the instituted IPR proceedings on the Asserted Patents. PAN will update the Court on the status of these appeals as they progress.

| IPR No. | Asserted Patent | IPR Outcome | Status of Appeal | Current Appeal Deadlines |
|---|---|---|---|---|
| IPR2021-01152 | '246 | Final Written Decision issued on 1/24/23 – All Claims Unpatentable | Appeal docketed 2/22/2023 (Case No. 23-1528)<br><br>Certified List received 4/3/2023 | Appellant's Opening Brief due no later than 6/2/2023<br><br>Appellee's Brief due no later than 7/12/2023<br><br>Appellant's Reply Brief due no later than 8/2/2023<br><br>Joint Appendix due no later than 8/9/2023 |
| IPR2021-01150 | '903 | Final Written Decision issued on 2/15/23 – All Claims Not Shown Unpatentable | Appeal docketed 3/21/2023 (Case No. 23-1636) | Certified List due 5/1/2023<br><br>Appellant's Opening Brief due no later than 6/30/2023<br><br>Appellee's Brief due no later than 8/9/2023<br><br>Appellant's Reply Brief due no later than 8/30/2023<br><br>Joint Appendix due no later than 9/6/2023 |
| IPR2021-01147 | '028 | Final Written Decision issued on 2/9/2023 – All Claims Unpatentable | Appeal docketed 3/23/2023 (Case No. 23-1654) | Certified List due 5/2/2023<br><br>Appellant's Opening Brief due no later than 7/3/2023<br><br>Appellee's Brief due no later than 8/14/2023<br><br>Appellant's Reply Brief due no later than 9/5/2023<br><br>Joint Appendix due no later than 9/12/2023 |

| IPR No. | Asserted Patent | IPR Outcome | Status of Appeal | Current Appeal Deadlines |
|---|---|---|---|---|
| IPR2021-01148 | '126 | Final Written Decision issued on 2/9/2023 – All Claims Unpatentable | Appeal docketed 3/23/2023 (Case No. 23-1655) | Certified List due 5/2/2023<br><br>Appellant's Opening Brief due no later than 7/3/2023<br><br>Appellee's Brief due no later than 8/14/2023<br><br>Appellant's Reply Brief due no later than 9/5/2023<br><br>Joint Appendix due no later than 9/12/2023 |
| IPR2021-01157 | '906 | Final Written Decision issued on 3/10/23 – All Claims Unpatentable | Appeal docketed 4/10/2023 (Case No. 23-1730) | Certified List due 5/22/2023<br><br>Appellant's Opening Brief due no later than 7/21/2023<br><br>Appellee's Brief due no later than 8/30/2023<br><br>Appellant's Reply Brief due no later than 9/20/2023<br><br>Joint Appendix due no later than 9/27/2023 |
| IPR2021-01158 | '899 | Final Written Decision issued on 3/13/23 – All Claims Unpatentable | Appeal docketed 4/10/2023 (Case No. 23-1731) | Certified List due 5/22/2023<br><br>Appellant's Opening Brief due no later than 7/21/2023<br><br>Appellee's Response due no later than 8/30/2023<br><br>Appellant's Reply Brief due no later than 9/20/2023<br><br>Joint Appendix due no later than 9/27/2023 |

| IPR No. | Asserted Patent | IPR Outcome | Status of Appeal | Current Appeal Deadlines |
|---|---|---|---|---|
| IPR2021-01149 | '413 | Final Written Decision issued on 2/17/23 – All Claims Unpatentable | Appeal docketed 4/24/2023 (Case No. 23-1785) | Certified List due 6/5/2023<br><br>Appellant's Opening Brief due no later than 8/4/2023<br><br>Appellee's Response Brief due no later than 9/13/2023<br><br>Appellant's Reply Brief due no later than 10/4/2023<br><br>Joint Appendix due no later than 10/11/2023 |

Respectfully submitted,

PALO ALTO NETWORKS, INC.
By Counsel

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

David E. Finkelson (VSB No. 44059)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
Jacqueline Baker (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201

<div style="margin-left: 50%;">

Telephone: (214) 855-8000
brett.govett@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Richard Zembek (Admitted *Pro Hac Vice*)
Eric Hall (Admitted *Pro Hac Vice*)
Daniel Leventhal (Admitted *Pro Hac Vice*)
Daniel Prati (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
richard.zembek@nortonrosefulbright.com
eric.hall@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

Stephanie DeBrow (Admitted *Pro Hac Vice*)
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
stephanie.debrow@nortonrosefulbright.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

Josef Bryks Schenker (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
josef.schenker@ropesgray.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com