UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| **CENTRIPETAL NETWORKS, LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No.  2:21-cv-00137 (EWH-RJK)** |
| | ) | |
| **PALO ALTO NETWORKS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION AND MEMORANDUM IN SUPPORT OF JOINT MOTION FOR
ENTRY OF PROPOSED SCHEDULING ORDER**

Centripetal Networks, LLC ("Centripetal Networks"), and Palo Alto Networks, Inc. ("Palo Alto Networks"), by counsel, and pursuant to this Court's Order dated May 17, 2023 (Dkt.  No. 336), jointly move for the entry of the Joint Proposed Scheduling Order attached as **Exhibit 1**, subject to any modifications by the Court.  Counsel for the parties are happy to address any questions the Court has, and otherwise ask that the Court enter the scheduling order, with any modifications by the Court.

Dated:  May 25, 2023

Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen Edward Noona, VSB No. 25367
**Kaufman & Canoles, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com


Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)

James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
Michael Lee (*pro hac vice*)
Christina Finn (*pro hac vice*)
**Kramer Levin Naftalis & Frankel LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
kkastens@kramerlevin.com
mhlee@kramerlevin.com
cfinn@kramerlevin.com

*Attorneys for Plaintiff*
*Centripetal Networks, LLC*

*/s/Robert McFarland*
Robert McFarland, VSB No. 24021
**McGuireWoods LLP**
101 W. Main Street, Suite 9000
Norfolk, VA  23510
Telephone:  (757) 640-3700
Facsimile:  (757) 640-3701
rmcfarland@mcguirewoods.com

David E. Finkelson, VSB No. 44059
**McGuireWoods LLP**
2812 Emerywood Parkway, Suite 220
Richmond, VA  23294
Telephone:  (804) 775-1157
Facsimile:  (804) 775-1061
dfinkelson@mcguirewoods.com

Brett C. Govett (*pro hac vice*)
Jacqueline G. Baker (*pro hac vice*)
**Norton Rose Fulbright US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
Brett.govett@nortonrosefulbright.com

Jackie.baker@nortonrosefulbright.com

Richard S. Zembek (*pro hac vice*)
Eric B. Hall (*pro hac vice*)
Daniel A. Prati (*pro hac vice*)
Daniel S. Leventhal (*pro hac vice*)
**Norton Rose Fulbright US LLP**
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
Richard.zembek@nortonrosefulbright.com
Eric.hall@nortonrosefulbright.com
Daniel.prati@nortonrosefulbright.com
Daniel.leventhal@nortonrosefulbright.com

Andrew Townsend Radsch (*pro hac vice*)
James Richard Batchelder (*pro hac vice*)
**Ropes & Gray LLP**
1900 University Ave, 6th Floor
East Palo Alto, CA  94303-2284
Telephone:  (650) 617-4000
andrew.radsch@ropesgray.com
james.batchelder@ropesgray.com

Josef Byks Schenker (*pro hac vice*)
**Ropes & Gray LLP**
1211 Avenue of Americas
New York, NY  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090
josef.schenker@ropesgray.com

Stephanie N. DeBrow (*pro hac vice*)
Talbot Hansum (*pro hac vice*)
**Norton Rose Fulbright US LLP**
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
Stephanie.debrow@nortonrosefulbright.com
Talbot.hansum@nortonrosefulbright.com
*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to:

Robert McFarland, VSB No. 24021
**McGuireWoods LLP**
101 W. Main Street, Suite 9000
Norfolk, VA  23510
Telephone:  (757) 640-3700
Facsimile:  (757) 640-3701
rmcfarland@mcguirewoods.com

David E. Finkelson, VSB No. 44059
**McGuireWoods LLP**
2812 Emerywood Parkway, Suite 220
Richmond, VA  23294
Telephone:  (804) 775-1157
Facsimile:  (804) 775-1061
dfinkelson@mcguirewoods.com

Brett C. Govett (*pro hac vice*)
Jacqueline G. Baker (*pro hac vice*)
**Norton Rose Fulbright US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
Brett.govett@nortonrosefulbright.com
Jackie.baker@nortonrosefulbright.com

Richard S. Zembek (*pro hac vice*)
Eric B. Hall (*pro hac vice*)
Daniel A. Prati (*pro hac vice*)
Daniel S. Leventhal (*pro hac vice*)
**Norton Rose Fulbright US LLP**
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
Richard.zembek@nortonrosefulbright.com
Eric.hall@nortonrosefulbright.com
Daniel.prati@nortonrosefulbright.com
Daniel.leventhal@nortonrosefulbright.com

Andrew Townsend Radsch (*pro hac vice*)
James Richard Batchelder (*pro hac vice*)
**Ropes & Gray LLP**
1900 University Ave, 6th Floor
East Palo Alto, CA  94303-2284
Telephone:  (650) 617-4000
andrew.radsch@ropesgray.com
james.batchelder@ropesgray.com

Josef Byks Schenker (*pro hac vice*)
**Ropes & Gray LLP**
1211 Avenue of Americas
New York, NY  10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090
josef.schenker@ropesgray.com

Stephanie N. DeBrow (*pro hac vice*)
Talbot Hansum (*pro hac vice*)
**Norton Rose Fulbright US LLP**
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
Stephanie.debrow@nortonrosefulbright.com
Talbot.hansum@nortonrosefulbright.com

*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

/s/ Stephen E. Noona
Stephen Edward Noona, VSB No. 25367
**Kaufman & Canoles, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

21538204.v2