IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:21-cv-00137 (EWH-RJK) |
| | ) |
| vs. | ) |
| | ) |
| PALO ALTO NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order (Dkt. No. 353), the parties submit this Joint Claim Construction Chart.

Attached as **Exhibit 1** is a chart that includes the parties' agreed constructions. Attached as **Exhibit 2** is a chart that includes the parties' respective proposed constructions of the disputed claim terms and supporting evidence, including affirmative and rebuttal evidence cited in the parties' corresponding briefs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 2, 2023 | /s/ Stephen E. Noona<br>Stephen E. Noona<br>Virginia State Bar No. 25367<br>KAUFMAN & CANOLES, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Telephone:  (757) 624-3239<br>Facsimile:  (888) 360-9092<br>senoona@kaufcan.com<br><br>Paul J. Andre (*pro hac vice*)<br>Lisa Kobialka (*pro hac vice*)<br>James R. Hannah (*pro hac vice*)<br>Hannah Y. Lee (*pro hac vice*)<br>Christina M. Finn (*pro hac vice*)<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>333 Twin Dolphin Drive, Ste. 700<br>Redwood Shores, CA  94065<br>Telephone:  (650) 752-1700<br>Facsimile:  (650) 752-1800<br>pandre@kramerlevin.com<br>lkobialka@kramerlevin.com<br>jhannah@kramerlevin.com<br>hlee@kramerlevin.com<br>cfinn@kramerlevin.com<br><br>*Attorneys for Plaintiff,*<br>Centripetal Networks, LLC |
|  | Respectfully submitted, |
| Dated:  August 2, 2023 | /s/ Robert W. McFarland<br>Robert W. McFarland (VSB No. 24021)<br>**MCGUIREWOODS LLP**<br>World Trade Center<br>101 W. Main Street, Suite 9000<br>Norfolk, Virginia 23510-1655<br>Telephone:  (757) 640-3716<br>Facsimile:  (757) 640-3966<br>E-mail:  rmcfarland@mcguirewoods.com |

David E. Finkelson (VSB No. 44059)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 775-1061
E-mail:  dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
James S. Renard (Admitted *Pro Hac Vice*)
Jacqueline Baker (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone:  (225) 855-8000
brett.govett@nortonrosefulbright.com
james.renard@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Richard Zembek (Admitted *Pro Hac Vice*)
Daniel Leventhal (Admitted *Pro Hac Vice*)
Daniel Prati (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5151
richard.zembek@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com


Stephine DeBrow (Admitted *Pro Hac Vice*)
Talbot R. Hansum (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:  (512) 474-5201
stephanie.debrow@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

Nathan Mannebach (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402-1114
Telephone:  (612) 321-2800

Nathan.mannebach@nortonrosefulbright.com

Emerson A. Siegle (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Telephone: (202) 508-4744
emerson.siegle@ropesgray.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor East Palo Alto, CA 94303
Telephone: (650) 617-4000
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

Josef B. Schenker (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
josef.schenker@ropesgray.com

John Bueker (Admitted *Pro Hac Vice*)
Mathew McGinnis (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Telephone: (617) 951-7000
john.bueker@ropesgray.com
Mathew.mcginnis@ropesgray.com

*COUNSEL FOR PALO ALTO NETWORKS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filled the forgoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to:

David Evan Finkelson
Jonathan Paul Harmon
McGuireWoods LLP (Richmond)
2812 Emerywood Parkway, Suite 220
Richmond, VA 23294
dfinkelson@mcguirewoods.com
jharmon@mcguirewoods.com

Robert William McFarland
McGuireWoods LLP
101 W. Main St., Suite 9000
Norfolk, VA 23510-1655
rmcfarland@mcguirewoods.com

Andrew Townsend Radsch
James Richard Batchelder
Ropes & Gray LLP
1900 University Ave, 6thfloor
East Palo Alto, CA 94303-2284
andrew.radsch@ropesgray.com
james.batchelder@ropesgray.com

Brett Christopher Govett
Jacqueline Groves Baker
James Stephen Renard
Norton Rose Fulbright US LLP (TX-NA)
2200 Ross Ave, Suite 3600
Dallas, TX 75201
brett.govett@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com
james.renard@nortonrosefulbright.com

Daniel Scott Leventhal
Daniel Alejandro Prati
Eric Brinn Hall
Richard Stephen Zembek
Norton Rose Fulbright US LLP (TX-NA)
1301 McKinney, Suite 5100
Houston, TX 77010
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com
eric.hall@nortonrosefulbright.com
richard.zembek@nortonrosefulbright.com

Josef Byks Schenker
Ropes & Gray LLP (NY-NA)
1211 Avenue of Americas
New York, NY 10036
josef.schenker@ropesgray.com

Stephanie Nicole DeBrow
Talbot Hansum
Norton Rose Fulbright US LLP (TX-NA)
98 San Jacinto Blvd, Suite 1100
Austin, TX 78701-4255
stephanie.debrow@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

Nathaniel William Mannebach
Norton Rose Fulbright US LLP (MN-NA)
60 South Sixth St., Suite 3100
Minneapolis, MN 55402
nathan.mannebach@nortonrosefulbright.com

*Attorneys for Defendant,*
PALO ALTO NETWORKS, INC.

*/s/ Stephen E. Noona*

Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com