# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, § § § Plaintiff, § § v. § § PALO ALTO NETWORKS, INC., § § Defendant. § § § | Civil Action No. 2:21-CV-00137 - EWH-RJK |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR STAY OF ASSERTED U.S. PATENT NOS. 10,567,343 AND 10,785,266 PENDING RESOLUTION OF *INTER PARTES* REVIEW**

The U.S. Patent & Trademark Office's Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review of all claims of U.S. Patent No. 10,785,266 (the "'266 Patent") on July 24, 2023 and of U.S. Patent No. 10,567,343 (the "'343 Patent") on August 7, 2023, based on petitions filed by non-party Keysight Technologies, Inc. ("Keysight") on January 6, 2023. *Keysight Techs., Inc. v. Centripetal Networks, Inc.*, IPR2023-00445, 2023 WL 5165893 (PTAB July 24, 2023); *Keysight Techs., Inc. v. Centripetal Networks, Inc.*, IPR2023-00446, 2023 WL 5153998 (PTAB Aug. 7, 2023). Both patents are asserted against Defendant Palo Alto Networks, Inc. ("PAN") by Plaintiff Centripetal Networks, LLC ("Centripetal") in this case. The PTAB's final written decisions with respect to all claims of both patents are due within one year of institution—July 24, 2024 for the '266 Patent and August 7, 2024 for the '343 Patent. *See* 35 U.S.C. § 316(a)(11).

Based on the circumstances of the present case, the parties agree the Court should grant a partial stay as to the '266 and '343 Patents pending resolution of the instituted *inter partes* review proceedings for them, and let the case go forward as to the remaining five (5) patents. A district court has inherent power to manage its own docket, including the power to stay proceedings before it. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997). In particular, the question whether to stay proceedings pending patent office review of the validity of the patents at issue in the lawsuit is a matter committed to the district court's discretion. *See Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426-27 (Fed. Cir. 1988). Defendant submits the factors regularly examined for deciding a stay motion are satisfied here with respect to the '266 and '343 Patents. *See*, *In re TLI Commc'ns LLC Patent Litig.*, No. 1:14-md-2534, 2014 WL 12615711 at 1 (E.D. Va Aug 11, 2014). Plaintiff, for purposes of this case only and because the parties agree that the case will proceed as to the other five (5) patents, agrees to a stay of the case as to the '266 and '343 Patents.

The parties therefore respectfully request that the Court partially stay this case as to the '266 and '343 Patents only.

Dated: August 24, 2023                                    Respectfully Submitted,

/s/ Stephen Edward Noona
Stephen Edward Noona (VSB No. 25367)
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
Kris Kastens (*pro hac vice*)
Christina M. Finn (*pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
kkastens@kramerlevin.com
cfinn@kramerlevin.com

*Attorneys for Plaintiff*
*Centripetal Networks, LLC*

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
World Trade Center
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

Jonathan P. Harmon (VSB No. 39081)
David E. Finkelson (VSB No. 44059)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: jharmon@mcguirewoods.com
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
James S. Renard (Admitted *Pro Hac Vice*)
Jacqueline Baker (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
brett.govett@nortonrosefulbright.com
james.renard@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Richard Zembek (Admitted *Pro Hac Vice*)
Daniel Leventhal (Admitted *Pro Hac Vice*)
Daniel Prati (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010

Telephone: (713) 651-5151
richard.zembek@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

Stephanie DeBrow (Admitted *Pro Hac Vice*)
Talbot R. Hansum (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
stephanie.debrow@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

Nathan Mannebach (Admitted *Pro Hac Vice)*
**NORTON ROSE FULBRIGHT US LLP**
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402-1114
Telephone: (612) 321-2800
nathan.mannebach@nortonrosefulbright.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor East
Palo Alto, CA 94303
Telephone: (650) 617-4000
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

Josef B. Schenker (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
josef.schenker@ropesgray.com

***COUNSEL FOR PALO ALTO NETWORKS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com