**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| CENTRIPETAL NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:21-cv-00137 EWH-RJK |
| | ) | |
| v. | ) | |
| | ) | |
| PALO ALTO NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING OF CLAIM CONSTRUCTION TECHNOLOGY TUTORIAL**

Centripetal Networks, LLC ("Centripetal"), by counsel, gives notice of the filing of its

Technology Tutorial attached as **Exhibit 1** in accordance with the Court's Scheduling and Pretrial

Order (ECF No. 353). In addition to the materials filed, Centripetal is delivering Chambers Copies

and a native copy of the tutorial with video content.

Dated: September 5, 2023

Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James R. Hannah (*pro hac vice*)
Hannah Y. Lee (*pro hac vice*)
Christina M. Finn (*pro hac vice*)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065

Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
cfinn@kramerlevin.com

*Attorneys for Plaintiff,*
Centripetal Networks, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing electronic to all counsel of record.

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

21808673.v1