IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:21-cv-00137 (EWH-RJK) |
| | ) |
| vs. | ) |
| | ) |
| PALO ALTO NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order (Dkt. No. 353) and the Court's Order granting Joint Motion for Stay (Dkt. No. 405), the parties submit this Amended Joint Claim Construction Chart.

Attached as **Exhibit 1** is a chart that includes the parties' agreed constructions. Attached as **Exhibit 2** is a chart that includes the parties' respective proposed constructions of the disputed claim terms and supporting evidence, including affirmative and rebuttal evidence cited in the parties' corresponding briefs. Citations to the stayed patents remain in Exhibit 2 as support for the construction of certain terms.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  September 6, 2023 | */s/ Stephen E. Noona*  <br>Stephen E. Noona <br>Virginia State Bar No. 25367 <br>KAUFMAN & CANOLES, P.C. <br>150 West Main Street, Suite 2100 <br>Norfolk, VA 23510 <br>Telephone:  (757) 624-3239 <br>Facsimile:  (888) 360-9092 <br>senoona@kaufcan.com <br><br>Paul J. Andre (*pro hac vice*) <br>Lisa Kobialka (*pro hac vice*) <br>James R. Hannah (*pro hac vice*) <br>Hannah Y. Lee (*pro hac vice*) <br>Christina M. Finn (*pro hac vice*) <br>KRAMER LEVIN NAFTALIS <br>& FRANKEL LLP <br>333 Twin Dolphin Drive, Ste. 700 <br>Redwood Shores, CA  94065 <br>Telephone:  (650) 752-1700 <br>Facsimile:  (650) 752-1800 <br>pandre@kramerlevin.com <br>lkobialka@kramerlevin.com <br>jhannah@kramerlevin.com <br>hlee@kramerlevin.com <br>cfinn@kramerlevin.com <br><br>*Attorneys for Plaintiff,* <br>Centripetal Networks, LLC |
|  | Respectfully submitted, |
| Dated:  September 6, 2023 | */s/ Robert W. McFarland*  <br>Robert W. McFarland (VSB No. 24021) <br>**MCGUIREWOODS LLP** <br>World Trade Center <br>101 W. Main Street, Suite 9000 <br>Norfolk, Virginia 23510-1655 <br>Telephone:  (757) 640-3716 <br>Facsimile:  (757) 640-3966 |

E-mail:  rmcfarland@mcguirewoods.com

Jonathan P. Harmon (VSB No. 39081)
David E. Finkelson (VSB No. 44059)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 775-1061
E-mail: jharmon@mcguirewoods.com
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
James S. Renard (Admitted *Pro Hac Vice*)
Jacqueline Baker (Admitted *Pro Hac Vice*)
Joey Piorkowski (Admitted Pro Hac Vice)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone:  (225) 855-8000
brett.govett@nortonrosefulbright.com
james.renard@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com
joey.piorkowski@nortonrosefulbright.com

Richard Zembek (Admitted *Pro Hac Vice*)
Daniel Leventhal (Admitted *Pro Hac Vice*)
Daniel Prati (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5151
richard.zembek@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

Stephine DeBrow (Admitted *Pro Hac Vice*)
Talbot R. Hansum (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:  (512) 474-5201
stephanie.debrow@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

Nathan Mannebach (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402-1114
Telephone: (612) 321-2800
Nathan.mannebach@nortonrosefulbright.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor East Palo Alto, CA 94303
Telephone: (650) 617-4000
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

Josef B. Schenker (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
josef.schenker@ropesgray.com

*COUNSEL FOR PALO ALTO NETWORKS, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com