IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | § § § § § § § § § § § § § Civil Action No. 2:21-CV-00137-EWH-LRL |

**DEFENDANT PALO ALTO NETWORKS, INC.'S MOTION
FOR SUMMARY JUDGMENT ON U.S. PATENT NOS. 10,567,437;
10,735,380; 10,530,903; 10,659,573; 10,931,797**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Palo Alto Networks, Inc. moves for summary judgment as a matter of law concerning U.S. Patent Nos. 10,567,437; 10,735,380; 10,530,903; 10,659,573; 10,931,797. For the reasons explained in the accompanying memorandum, summary judgment is proper on the following grounds:

- Claim 8 of U.S. Patent No. 10,567,437 ("'437 patent") is not infringed by any accused Palo Alto Networks products or accused combination of such products;

- Claims 16 and 25 of U.S. Patent No. 10,735,380 ("'380 patent") are not infringed by any accused Palo Alto Networks products or accused combination of such products;

- Claim 10 of U.S. Patent No. 10,530,903 ("'903 patent"); claims 1 and 9 of U.S. Patent No. 10,659,573 ("'573 patent"); and claims 1, 12, and 17 of U.S. Patent No. 10,931,797 ("'797 patent") are not infringed by any accused Palo Alto Networks products or accused combination of such products;

- Centripetal has not met its burden as to indirect infringement for any asserted patent;

- Claim 8 of the '437 patent is invalid under 35 U.S.C. § 112 for lack of written description;

- Centripetal has not met its burden as to pre-suit willfulness for any asserted patent;

- Centripetal has not met its burden as to post-suit willfulness for any asserted patent;

- Centripetal cannot recover damages for alleged infringement of the asserted method claims ('573 patent, claim 1; '797 patent, claim 1) based on sales and use of any accused Palo Alto Networks products or accused combination of such products outside the United States; and

- Centripetal cannot recover damages for alleged infringement of the asserted apparatus claims ('903 patent, claim 10; '573 patent, claim 9; '797 patent, claims 12, 17; '437 patent, claim 8; '380 patent, claims 16, 25) based on sales and use of any accused combination of Palo Alto Networks products outside the United States.

Dated: October 26, 2023

Respectfully submitted,

PALO ALTO NETWORKS, INC.
By Counsel

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

Jonathan P. Harmon (VSB No. 39081)
David E. Finkelson (VSB No. 44059)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: jharmon@mcguirewoods.com
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
James S. Renard (Admitted *Pro Hac Vice*)
Jacqueline Baker (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
brett.govett@nortonrosefulbright.com
james.renard@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Richard Zembek (Admitted *Pro Hac Vice*)
Daniel S. Leventhal (Admitted *Pro Hac Vice*)
Daniel A. Prati (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
richard.zembek@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

Stephanie DeBrow (Admitted *Pro Hac Vice*)
Talbot R. Hansum (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
stephanie.debrow@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

Josef B. Schenker (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
josef.schenker@ropesgray.com

***COUNSEL FOR PALO ALTO NETWORKS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

***COUNSEL FOR PALO ALTO NETWORKS, INC.***