IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, § § § | |
| Plaintiff, § § | Civil Action No. 2:21-CV-00137-EWH-LRL |
| v. § § | |
| PALO ALTO NETWORKS, INC., § § | |
| Defendant. § § | |

**DEFENDANT PALO ALTO NETWORKS, INC.'S**
**NOTICE OF UNRESOLVED ISSUE**

Pursuant to the Court's directives during the continuation of the Final Pretrial Conference on January 16, 2024, Defendant Palo Alto Networks, Inc. ("Palo Alto") advises the Court of the following unresolved issue regarding Plaintiff's damages claim:

On January 13, 2024, this Court issued its summary judgment ruling on the '380 patent. Dkt. No. 742. That ruling removed a number of the accused products from this case and from the accused royalty base that is the subject of Centripetal's damages model. The Court's ruling results in a material reduction in Centripetal's damages for the upcoming trial.

During the attorney conference on January 15, 2024, Centripetal's counsel noted this issue and indicated Centripetal's intent to provide Palo Alto with a revised lesser damages figure that it intends to proffer at trial, and the basis for it, through its damages expert, Mr. Malackowski. Indeed, on the evening of Wednesday, January 17, 2024, Centripetal's counsel indicated its intent to provide this information today. Despite repeated requests, as of 3:00 p.m. today, Centripetal has failed to provide Palo Alto with this information.

Palo Alto is severely prejudiced by Centripetal's failure to supplement its damages

calculation and the basis for it.  That information is needed by Palo Alto's damages expert to evaluate and respond to the new calculations, as well as for opening statements.  This issue should be a priority for Centripetal and Mr. Malackowski and it should not take him almost five (5) days to provide the revised amount and the basis therefore.

Accordingly, in light of Centripetal's failure to provide this required information, Palo Alto asks that the Court limit Centripetal's potential award of damages to the revised figure and that it be provided by no later than 5:30 p.m. today.

| | |
|---|---|
| January 18, 2024 | Respectfully submitted,<br><br>PALO ALTO NETWORKS, INC.<br>By Counsel<br><br>By: /s/ *Robert W. McFarland*<br><br>Robert W. McFarland (VSB No. 24021)<br>MCGUIREWOODS LLP<br>101 W. Main Street, Suite 9000<br>Norfolk, Virginia 23510<br>Telephone: (757) 640-3716<br>rmcfarland@mcguirewoods.com<br><br>Jonathan P. Harmon (VSB No. 39081)<br>David E. Finkelson (VSB No. 44059)<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Telephone: (804) 775-1000<br>jharmon@mcguirewoods.com<br>dfinkelson@mcguirewoods.com<br><br>Brett C. Govett (Admitted *Pro Hac Vice*)<br>James S. Renard (Admitted *Pro Hac Vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 855-8000<br>brett.govett@nortonrosefulbright.com<br>james.renard@nortonrosefulbright.com |

Richard Zembek (Admitted *Pro Hac Vice*)
Daniel S. Leventhal (Admitted *Pro Hac Vice*)
Daniel A. Prati (Admitted *Pro Hac Vice*)
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
richard.zembek@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

Stephanie DeBrow (Admitted *Pro Hac Vice*)
Talbot R. Hansum (Admitted *Pro Hac Vice*)
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
stephanie.debrow@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

By: /s/ *Robert W. McFarland*

Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
rmcfarland@mcguirewoods.com