# UNITED STATES DISTRICT COURT
# CIVIL JURY TRIAL – DAY 2

Date: **1/23/2024**                                  Case No.:     **2:21-cv-137**
Time: **8:53-5:13**                                  Judge:        **Hon. Elizabeth W. Hanes**
Lunch: **11:53-12:52**                               Reporter :    **Jill Trail**
                                                     Deputy Clerk: **K. Galluzzo**


**CENTRIPETAL NETWORKS, LLC**

            V.

**PALO ALTO NETWORKS, INC.**


| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Stephen Noona, Paul Andre,** | **Robert McFarland, David Finkelson,** |
| **Lisa Kobialka, James Hannah,** | **Brett Govett, Daniel Leventhal,** |
| **Hannah Lee, Kristopher Kastens** | **James Renard, Jonathon Harmon** |
| | **Talbot Hansum** |


THIS CASE CAME ON FOR TRIAL BY JURY.  APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 1/22/2024.


PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #2) [**X**]

Outside the presence of the jury, Court and Counsel discussed preliminary matters [**X**]

Plaintiff continued presentation of the evidence [**X**]

Objections heard and rulings made. Objections attached [**X**]

Portions of the trial held under seal; Courtroom closed to the public – no objections [**X**]

Case Continued To: <u>Wednesday, 1/24/2024 (for Jury Trial Day #3) at 9:30 a.m.; Counsel to appear at 8:45</u>