# UNITED STATES DISTRICT COURT
# CIVIL JURY TRIAL – DAY 3

Date**: 1/24/2024**  
Time: **8:49-5:32**  
Lunch: **12:24-1:32**

Case No.**:**   **2:21-cv-137**  
Judge**:**   **Hon. Elizabeth W. Hanes**  
Reporter **:**   **Jill Trail**  
Deputy Clerk:  **K. Galluzzo**

**CENTRIPETAL NETWORKS, LLC**

     V.

**PALO ALTO NETWORKS, INC.**

Counsel for Plaintiff  
**Stephen Noona, Paul Andre,**  
**Lisa Kobialka, James Hannah,**  
**Hannah Lee, Christina Finn,**  
**Kristopher Kastens**

Counsel for Defendant  
**Robert McFarland, David Finkelson,**  
**Brett Govett, Daniel Leventhal,**  
**James Renard, Jonathon Harmon**  
**Talbot Hansum**

THIS CASE CAME ON FOR TRIAL BY JURY.  APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 1/23/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #3) [**X**]

Outside the presence of the jury, Court and Counsel conducted pretrial conference [**X**]

Plaintiff continued presentation of the evidence [X]

Objections heard and rulings made. Objections attached [X]

Case Continued To: Thursday, 1/25/2024 (for Jury Trial Day #4) at 9:00 a.m.; Counsel to appear at 8:15