# UNITED STATES DISTRICT COURT
# CIVIL JURY TRIAL – DAY 4

Date**:** **1/25/2024**  Case No.**:**   **2:21-cv-137**
Time: **8:15-4:47**  Judge**:**     **Hon. Elizabeth W. Hanes**
Lunch: **12:41-1:44**  Reporter **:**    **Jill Trail**
                                                                     Deputy Clerk:  **K. Galluzzo**


**CENTRIPETAL NETWORKS, LLC**

      V.

**PALO ALTO NETWORKS, INC.**


| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Stephen Noona, Paul Andre,** | **Robert McFarland, David Finkelson,** |
| **Lisa Kobialka, James Hannah,** | **Brett Govett, Daniel Leventhal,** |
| **Hannah Lee** | **James Renard, Jonathon Harmon** |
| | **Talbot Hansum** |

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 1/24/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #4) [**X**]

Outside the presence of the jury, Court and Counsel conducted pretrial conference [**X**]

Plaintiff continued presentation of the evidence [X]

Objections heard and rulings made. Objections attached [X]

Case Continued To: <u>Friday, 1/26/2024 (for Jury Trial Day #5) at 10:00 a.m.; Counsel to appear at 8:45</u>