# UNITED STATES DISTRICT COURT
## CIVIL JURY TRIAL – DAY 6

Date**: 1/29/2024**                                          Case No.**:    2:21-cv-137**
Time: **9:01-5:35**                                         Judge**:       Hon. Elizabeth W. Hanes**
Lunch: **12:12-1:11**                                       Reporter **:    Jill Trail**
                                                            Deputy Clerk:  **K. Galluzzo**


## CENTRIPETAL NETWORKS, LLC

        V.

## PALO ALTO NETWORKS, INC.


Counsel for Plaintiff                                       Counsel for Defendant
**Stephen Noona, Paul Andre,**                              **Robert McFarland, David Finkelson,**
**Lisa Kobialka, James Hannah,**                            **Brett Govett, Jonathon Harmon,**
**Hannah Lee, Christina Finn**                              **James Renard, Talbot Hansum,**
                                                            **Daniel Leventhal, Stephanie DeBrow**


THIS CASE CAME ON FOR TRIAL BY JURY.   APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND
DEFENDANTS. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 1/26/2024.


PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #6) [**X**]

Outside the presence of the jury, Court and Counsel conducted pretrial conference [**X**]

Out of the presence of the jury, the Court GRANTED Defendants Rule 50 motion as to infringement of the
'903, '573, '797 under the doctrine of equivalents. All remaining issues are taken under advisement. [**X**]

Defendant presented evidence [**X**]

Objections heard and rulings made. Objections attached [**X**]

Case Continued To: <u>Tuesday, 1/30/2024 (for Jury Trial Day #7)</u> at 9:30 a.m.; Counsel to appear at 8:45