## UNITED STATES DISTRICT COURT
## CIVIL JURY TRIAL – DAY 7

Date**: 1/30/2024**                                                                                  Case No.**:      2:21-cv-137**
Time: **9:02-6:50**                                                                                    Judge**:        Hon. Elizabeth W. Hanes**
Lunch: **12:24-1:43**                                                                               Reporter **:    Jill Trail**
                                                                                                                      Deputy Clerk:  **K. Galluzzo**

**CENTRIPETAL NETWORKS, LLC**

     V.

**PALO ALTO NETWORKS, INC.**

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Stephen Noona, Paul Andre,** | **Robert McFarland, David Finkelson,** |
| **Lisa Kobialka, James Hannah,** | **Brett Govett, Jonathon Harmon,** |
| **Hannah Lee, Christina Finn** | **James Renard, Talbot Hansum,** |
| **Christina Martinez** | **Daniel Leventhal, Stephanie DeBrow** |
| | **Kyle Smith** |

THIS CASE CAME ON FOR TRIAL BY JURY.  APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 1/29/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #7) [**X**]

Outside the presence of the jury, Court and Counsel conducted pretrial conferences [**X**]

Defendant continued presentation of the evidence and rested [**X**]

Objections heard and rulings made. Objections attached [**X**]

Portions of the trial held under seal (sealed slides attached & docketed under seal); Courtroom closed to the public – no objections [**X**]

Rule 50 oral motion made by the Plaintiff [**X**]

Defendant renews its Rule 50 motion [**X**]

Plaintiff presented evidence in its rebuttal case [**X**]

Parties to file supplemental briefing in re Rule 50 motions [**X**]

Out of the presence of the jury, the Court and counsel review jury instructions. [**X**]

Case Continued To: Wednesday, 1/31/2024 (for Jury Trial Day #8) at 8:30 a.m.; Counsel to appear at 8:15 a.m.