## UNITED STATES DISTRICT COURT
## CIVIL JURY TRIAL – DAY 8

Date: **1/31/2024**　　　　　　　　　　　　　　　　　Case No.: **2:21-cv-137**
Time: **8:33-12:36**　　　　　　　　　　　　　　　　Judge: **Hon. Elizabeth W. Hanes**
　　　　**3:33-3:35**　　　　　　　　　　　　　　　　Reporter: **Jill Trail**
　　　　**4:49-5:07**　　　　　　　　　　　　　　　　Deputy Clerk: **K. Galluzzo**

**CENTRIPETAL NETWORKS, LLC**

　　　　V.

**PALO ALTO NETWORKS, INC.**

Counsel for Plaintiff　　　　　　　　　　　　　　　　Counsel for Defendant
**Stephen Noona, Paul Andre,**　　　　　　　　　　　**Robert McFarland, David Finkelson,**
**Lisa Kobialka, James Hannah,**　　　　　　　　　　**Brett Govett, Jonathon Harmon,**
**Hannah Lee, Christina Finn**　　　　　　　　　　　**James Renard, Talbot Hansum,**
　　　　　　　　　　　　　　　　　　　　　　　　　**Daniel Leventhal, Stephanie DeBrow**

THIS CASE CAME ON FOR TRIAL BY JURY.  APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 1/30/2024.

PROCEEDINGS:

Outside the presence of the jury, Court and Counsel conducted pretrial conferences [**X**]

Plaintiff rested rebuttal case [**X**]

Jury received Court's charge [**X**]

Closing arguments heard [**X**]

Jury retired with instruction to begin their deliberations [**X**]

Out of the presence of the jury, the Court and counsel answered questions of the jury [**X**]

Jury returned to the courtroom with their verdict [**X**]

Verdict read into the record [**X**]

Court directed the Court to file the verdict [**X**]

Jury polled [**X**]　　　　Jury discharged [**X**]

Delayed entry of judgment. Motions to be filed in 28 days; responses due in 28 days; replies due in 14 days [**X**]

Court adjourned [**X**]