# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

Centripetal Networks LLC

PLAINTIFF

V.

Palo Alto Networks, Inc.

DEFENDANT

**WITNESS LIST**

Case Number: 2:21cv137

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Elizabeth W Hanes | K. Galluzzo | Jill Trail, CCR |
| **HEARING/TRIAL DATE(S)** | **Plaintiff ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| 1/22/2024-1/31/2024 | Steve Noona, Paul Andre | Robert McFarland, Brett Govett |

| PLT | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
| X | | 1/22/2024 | Steven Rogers |
| X | | 1/23/2024 | Dr. Michael Goodrich – Expert |
| X | | 1/23/2024 | Jonathon Rogers |
| X | | 1/23/2024 | David Ahn |
| X | | 1/23/2024 | Nur Zuk (Depo Played) |
| X | | 1/23/2024 | Dany Cohen (Depo Played) |
| X | | 1/24/2024 | Dr. Eric Cole – Expert |
| X | | 1/25/2024 | Dr. Eric Cole – Expert (continued) |
| X | | 1/25/2024 | Sean M. Moore, Ph.D. |
| X | | 1/25/2024 | Jesse Ralston (Depo Played) |
| X | | 1/25/2024 | Dr. Michael Mitzenmacher – Expert |
| X | | 1/25/2024 | Michael Lee (Depo Played) |
| X | | 1/25/2024 | Walter Pritchard (Depo Played) |
| X | | 1/26/2024 | Vonnie French (Depo Played) |
| X | | 1/26/2024 | James Malackowski – Expert |
| | X | 1/29/2024 | Nir Zuk |
| | X | 1/29/2024 | Robert Perry (Depo Played) |
| | X | 1/29/2024 | Jesse Ralston (Depo Played) |
| | X | 1/29/2024 | Dr. John Villasenor – Expert |

| PLT | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
|  | X | 1/29/2024 | Peter Geremia (Depo Played) |
|  | X | 1/29/2024 | Pierre Mallet (Depo Played) |
|  | X | 1/29/2024 | General John Davis (continued) |
|  | X | 1/30/2024 | Stephen Rogers (Depo Played) |
|  | X | 1/30/2024 | Brett Claydon (Depo Played) |
|  | X | 1/30/2024 | David Silke (Depo Played) |
|  | X | 1/30/2024 | Dr. Seth Nielson - Expert |
|  | X | 1/30/2024 | Andrew Reeve (Depo Played) |
|  | X | 1/30/2024 | Haig Colter (Depo Played) |
|  | X | 1/30/2024 | Michale Ritter (Depo Played) |
|  | X | 1/30/2024 | Christopher Gibbs (Depo Played) |
|  | X | 1/30/2024 | Christopher Bakewell - Expert |
| X |  | 1/30/2024 | Jonathon Rogers - Rebuttal |
| X |  | 1/30/2024 | Dr. Michael Goodrich – Expert - Rebuttal |