#10

~~[scribbled out]~~

Can we see Patent Presentation that we saw the first day?
(ie) Patent time line start → finish

Can we see demonstration?

Jury Note #1
1/31/2024