## INTERPRETING UNDEFINED CLAIM TERMS

For any words in the claim for which I have not provided you with a definition, you should apply the ordinary meaning of those terms in the field of the patent. The ordinary meaning in the field of the patent is the meaning those terms would have to a person of ordinary skill in the art, who is deemed to read the claim term not only in the context of the particular claim in which the term appears, but in the context of the entire patent, including the specification.

**Source:** *Phillips v. AWH Corp.*, 415 F.3d 1303, 1313 (Fed. Cir. 2005) ("We have frequently stated that the words of a claim "are generally given their ordinary and customary meaning. We have made clear, moreover, that the ordinary and customary meaning of a claim term is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, *i.e.*, as of the effective filing date of the patent application. . . . Importantly, the person of ordinary skill in the art is deemed to read the claim term not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification.") (internal citations omitted)

**Question No. 7 – Damages**

What is the total amount that Centripetal has proven by a preponderance of evidence that it is entitled to receive from Palo Alto Networks as a reasonable royalty for Palo Alto Network's past infringement through April 2023?

| Patent | Amount |
|---|---|
| 437 Patent | $_____ |
| 903 Patent | $_____ |
| 573 Patent | $_____ |
| 797 Patent | $_____ |

**Question No. 8 – Sales**

If the reasonable royalty you found owed to Centripetal in response to Question 7 includes worldwide sales, what amount is for U.S. sales only?

| Patent | Amount |
|---|---|
| 437 Patent | $_____ |
| 903 Patent | $_____ |
| 573 Patent | $_____ |
| 797 Patent | $_____ |