# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, | ) |
| Plaintiff, | ) No. 2:21-cv-00137-EWH- LRL |
| vs. | ) |
| PALO ALTO NETWORKS, INC., | ) |
| Defendant. | ) |

## DEFENDANT PALO ALTO NETWORKS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Palo Alto Networks, Inc. submits the attached precedential Federal Circuit Order in *EcoFactor, Inc. v. Google LLC*, 2023-1101 (Fed. Cir. Sept. 25, 2024) as supplemental authority.

On June 7, 2024, Plaintiff Centripetal Networks, LLC ("Centripetal") filed in this case the panel opinion in *EcoFactor* as supplemental authority "in further support of Centripetal's Opposition to Defendant's Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) (Dkt. No. 940) and Centripetal's Opposition to Defendant's Motion for a New Trial (Dkt. No. 941)." *See* Dkt. 967. In the attached Order, the Federal Circuit vacated the panel opinion in *EcoFactor* and granted appellant Google LLC's petition for *en banc* rehearing.

Dated: September 26, 2024  Respectfully submitted,

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
World Trade Center
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

Jonathan P. Harmon (VSB No. 39081)
David E. Finkelson (VSB No. 44059)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: jharmon@mcguirewoods.com
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
James S. Renard (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
brett.govett@nortonrosefulbright.com
james.renard@nortonrosefulbright.com

Richard S. Zembek (Admitted *Pro Hac Vice*)
Daniel S. Leventhal (Admitted *Pro Hac Vice*)
Daniel A. Prati (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
richard.zembek@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

        Stephanie N. DeBrow (Admitted *Pro Hac Vice*)
        Talbot R. Hansum (Admitted *Pro Hac Vice*)
        **NORTON ROSE FULBRIGHT US LLP**
        98 San Jacinto Boulevard, Suite 1100
        Austin, Texas 78701
        Telephone: (512) 474-5201
        stephanie.debrow@nortonrosefulbright.com
        talbot.hansum@nortonrosefulbright.com

        Nathan Mannebach (Admitted Pro Hac Vice)
        **NORTON ROSE FULBRIGHT US LLP**
        60 South Sixth Street, Suite 3100
        Minneapolis, MN 55402-1114
        Telephone: (612) 321-2800
        nathan.mannebach@nortonrosefulbright.com

        James R. Batchelder (Admitted *Pro Hac Vice*)
        Andrew T. Radsch (Admitted *Pro Hac Vice*)
        **ROPES & GRAY LLP**
        1900 University Avenue, 6th Floor East
        Palo Alto, CA 94303
        Telephone: (650) 617-4000
        james.batchelder@ropesgray.com
        andrew.radsch@ropesgray.com

        ***COUNSEL FOR PALO ALTO NETWORKS, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com