IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CENTRIPETAL NETWORKS, LLC,
    Plaintiff,

v.                                                        Civil Action No.  2:21-CV-00137 (EWH)

PALO ALTO NETWORKS, INC.,
    Defendant.

## **FINAL JUDGMENT IN A CIVIL CASE**

This action between Plaintiff Centripetal Networks, LLC ("Centripetal") and Defendant Palo Alto Networks, Inc. ("PAN") came before the Court for a trial by jury, and the jury rendered a verdict on January 31, 2024, regarding U.S. Patent Nos. 10,567,437 (the "'437 Patent"), 10,530,903 (the "'903 Patent"), 10,659,573 (the "'573 Patent"), and 10,931,797 (the "'797 Patent") (collectively, "Asserted Patents"). ECF No. 851.

On October 3, 2024, the Court granted in part and denied in part PAN's Motion for Judgment as a Matter of Law. ECF No. 970 ("Memorandum Opinion"). The Court found that the asserted claims of the '903 Patent, the '573 Patent, and the '797 Patent are patent eligible, and that substantial evidence supported the jury's infringement verdict and damages award as to those patents. The Court found that there was insufficient evidence to support the jury's finding of infringement as to the '437 Patent. Therefore, the Court will enter a verdict of noninfringement as to that patent and reduce the jury's award accordingly.

Pursuant to the jury's verdict and the Court's Memorandum Opinion, it is ORDERED and ADJUDGED that:

1. PAN did not directly and literally infringe claim 8 of the '437 Patent.

2. PAN did not infringe claim 8 of the '437 Patent under the Doctrine of Equivalents.

3. PAN directly and literally infringed claim 10 of the '903 Patent.

4. PAN directly and literally infringed claims 1 and 9 of the '573 Patent.

5. PAN induced infringement of claim 1 of the '573 Patent.

6. PAN directly and literally infringed claims 1, 12, and 17 of the '797 Patent.

7. PAN induced infringement of claim 1 of the '797 Patent.

8. PAN did not willfully infringe any of the Asserted Patents.

9. The asserted claims of the '903 Patent, the '573 Patent, and the '797 Patent are patent eligible.

10. Centripetal is awarded One Hundred Thirteen Million Six Hundred Twenty-Five Thousand Dollars ($113,625,000.00) as a lump sum royalty for the life of the '903 Patent, the '573 Patent, and the '797 Patent. Of this total amount, One Hundred One Million One Hundred Twenty-Six Thousand Two Hundred Fifty Dollars ($101,126,250.00) is for sales to customers located in the United States and Twelve Million Four Hundred Ninety-Eight Seven Hundred Fifty Dollars ($12,498,750.00) is for sales to customers located outside of the United States.

The Court ENTERS FINAL JUDGMENT against PAN and DIRECTS the Clerk to close the case.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 3, 2024