IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, | ) |
| Plaintiff, | ) ) No. 2:21-cv-00137-EWH-LRL |
| v. | ) ) ) |
| PALO ALTO NETWORKS, INC., | ) ) |
| Defendant. | ) ) ) |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO BIFURCATE POST-JUDGMENT MOTIONS RELATED TO ATTORNEYS' FEES AND NONTAXABLE COSTS**

Plaintiff Centripetal Networks, LLC ("Centripetal") and Defendant Palo Alto Networks, Inc. ("PAN") (together, "the Parties") submit this Memorandum in Support of the Joint Motion to Bifurcate Post-Judgment Motions Related to Attorneys' Fees and Nontaxable Costs. In support of the joint motion, the parties state as follows:

1. On January 31, 2024, the jury returned a verdict finding all asserted claims of the Asserted Patents infringed and awarding damages in the form of a lump sum royalty for the life of the Asserted Patents. Dkt. No. 851.

2. Following the Jury Verdict, the Court delayed entry of judgment pending resolution of post-trial motions to be filed by PAN. Dkt. No. 871 (2024-01-31 Trial Transcript) at 1988:2-15; Dkt. No. 858 (Order Granting Delay of Entry of Judgment).

3. On February 28, 2024, PAN filed a Motion for Judgment as a Matter of Law (Dkt. No. 900) and a Motion for New Trial (Dkt. No. 906).

1

4.	On October 3, 2024, the Court denied PAN's Motion for New Trial, denied in part PAN's Motion for Judgment as a Matter of Law and entered its Final Judgment against PAN. Dkt No. 970 (Memorandum Opinion); Dkt. No. 972 (Final Judgment).

5.	Pursuant to 35 U.S.C. § 285 and Federal Rule of Civil Procedure 54(d)(2), Centripetal intends to file a Motion for Attorneys' Fees and Nontaxable Costs ("Motion for Attorneys' Fees"), among other motions, on October 17, 2024.

6.	Since the entry of the Final Judgment, the parties have conferred and PAN indicated it will oppose Centripetal's Motion for Attorneys' Fees. The parties have, however, agreed that it will be more efficient and serve the interest of judicial economy to resolve any dispute over the amount of fees and nontaxable costs (if any) after the Court has issued a ruling determining whether this is an exceptional case.

7.	The parties agree to bifurcate Centripetal's Motion for Attorneys' Fees and Nontaxable Costs as follows:

    a. On October 17, 2024, Centripetal shall move the Court for an exceptional case finding and the Parties shall brief that issue pursuant to this Court's standard briefing schedule.

    b. Following the Court's ruling on Centripetal's motion, if the Court issues an exceptional case finding, the parties will submit briefings and exhibits regarding actual reasonable attorneys' fees and nontaxable costs requested.

8.	Pursuant to Federal Rule of Civil Procedure 54(d)(2)(C), "[t]he court may decide issues of liability for fees before receiving submissions on the value of services." Indeed, this Court has granted bifurcation of motions for attorneys' fees and nontaxable costs, allowing parties to address the actual amount of attorneys' fees and costs after the Court has first ruled on

the merits of the underlying motion.  *See, e.g.,* Ex. 1, *Trustees of Columbia Univ. v. NortonLifeLock, Inc.*, No. 3:13cv808, Dkt. No. 1238, Order at 1-2 (E.D. Va. June 3, 2022).

WHEREFORE, the parties respectfully request that the Court enter the proposed Order submitted herewith providing that the post-judgment Motion for Attorneys' Fees and Nontaxable Costs filed on October 17, 2024, need not address the specific amount or reasonableness of attorneys' fees or nontaxable costs, which issues will be addressed at a later time to be established by the Court, if necessary, after it issues its determination of whether this is an exceptional case.

Respectfully submitted,

Dated: October 17, 2024         By: */s/ Stephen E. Noona*
Stephen Edward Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre
Lisa Kobialka
James Hannah
Kristopher Kastens
Christina Finn
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com
cfinn@kramerlevin.com

*Attorneys for Plaintiff*
*Centripetal Networks, LLC*


*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
World Trade Center
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

4

Jonathan P. Harmon (VSB No. 39081)
David E. Finkelson (VSB No. 44059)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: jharmon@mcguirewoods.com
E-mail: dfinkelson@mcguirewoods.com

Brett C. Govett (Admitted *Pro Hac Vice*)
James S. Renard (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
brett.govett@nortonrosefulbright.com
james.renard@nortonrosefulbright.com

Richard S. Zembek (Admitted *Pro Hac Vice*)
Daniel S. Leventhal (Admitted *Pro Hac Vice*)
Daniel A. Prati (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
richard.zembek@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
daniel.prati@nortonrosefulbright.com

Stephanie N. DeBrow (Admitted *Pro Hac Vice*)
Talbot R. Hansum (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
stephanie.debrow@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

Nathan Mannebach (Admitted *Pro Hac Vice*)
**NORTON ROSE FULBRIGHT US LLP**
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402-1114
Telephone: (612) 321-2800
nathan.mannebach@nortonrosefulbright.com

James R. Batchelder (Admitted *Pro Hac Vice*)
Andrew T. Radsch (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor East
Palo Alto, CA 94303
Telephone: (650) 617-4000
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

***COUNSEL FOR PALO ALTO NETWORKS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com