# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF __Virginia__

Centripetal Networks, LLC

Plaintiff

-vs-

Palo Alto Networks, Inc.

Defendant

Civil Action No. 2:21-CV-00137 (EWH)

Bond No. 7901143154

**KNOW ALL MEN BY THESE PRESENTS** that __Palo Alto Networks, Inc.__ as Principal, and __Nationwide Mutual Insurance Company__ as Surety are held and firmly bound unto __United States District Court for the Eastern District of Virginia, Norfolk Division__ in the principal sum of __One Hundred Sixty Million__ ($ 160,000,000.00 ) for the payment of which we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS,** on the __3rd__ day of __October__, 20 __24__, in the above named Court, the above named __Centripetal Networks, LLC__ the plaintiff herein recovered a judgment against the above named __Palo Alto Networks, Inc.__, the defendant herein, for the sum of One Hundred Thirteen Million Six Hundred Twenty Five Thousand Dollars ($ 113,625,000.00 ).

**WHEREAS,** the above named Principal has entered an appeal to United States District Court for the Eastern District of Virginia, Norfolk Division to review the Judgment entered in the above case on __November 1, 2024__.

**NOW THEREFORE,** if the Principal shall satisfy any money judgment obtained in the judgment in full, including any costs and damages which may be awarded against defendant then this obligation shall be null and void; otherwise to remain in full force and effect. It is provided that the Surety shall not be liable in the aggregate for more than the penal sum of __One Hundred Sixty Million__ Dollars ($ 160,000,000.00 ).

Signed, sealed and dated this __1st__ day of __November__, 20 __24__.

Principal: Palo Alto Networks, Inc.

By: /s/ Bruce R. Byrd
Bruce Byrd, General Counsel

Surety: Nationwide Mutual Insurance Company

BY: /s/ Tracy Aston
Tracy Aston, Attorney-In Fact

**Power of Attorney**

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation

hereinafter referred to severally as the "Company" and collectively as "the Companies" does hereby make, constitute and appoint:

MARY L YOHNKE; MEGHAN HANES; ROSA E RIVAS; SAMANTHA RUSSELL;
TRACY ASTON; VANESSA FONG;

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

## UNLIMITED

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

> "RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."
>
> "RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

> Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the 1st day of April, 2024.

Antonio C. Albanese, **Vice President** of Nationwide Mutual Insurance Company

**ACKNOWLEDGMENT**



STATE OF NEW YORK COUNTY OF KINGS: ss
On this 1st day of April, 2024, before me came the above-named officer for the Company aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Company aforesaid, that the seal affixed hereto is the corporate seal of said Company, and the said corporate seal and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Company.

Sharon Laburda
Notary Public, State of New York
No. 01LA6427697
Qualified in Kings County
Commission Expires January 3, 2026

Notary Public
My Commission Expires
January 3, 2026

**CERTIFICATE**

I, Lezlie F. Chimienti, Assistant Secretary of the Company, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Antonio C. Albanese was on the date of the execution of the foregoing power of attorney the duly elected officer of the Company, and the corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of said Company this 1st day of November, 2024.

Assistant Secretary

BDJ 1(04-24)00



**SURETY BOND SEAL ADDENDUM**

**Nationwide Mutual Insurance Company**

Due to logistical issues associated with the use of traditional seals during the COVID-19 pandemic, Nationwide Mutual Insurance Company has authorized its Attorneys-in-Fact to affix Nationwide Mutual Insurance Company's corporate seal to any bond executed on behalf of Nationwide Mutual Insurance Company by any such Attorney-in-Fact by attaching this Addendum to said bond.

To the extent this Addendum is attached to a bond that is executed on behalf of Nationwide Mutual Insurance Company by its Attorney-in-Fact, Nationwide Mutual Insurance Company hereby agrees that the seal below shall be deemed affixed to said bond to the same extent as if its raised corporate seal was physically affixed to the face of the bond.

Dated this 2nd day of April, 2020.

Nationwide Mutual Insurance Company

By _____
Antonio C. Albanese, Vice President – Surety
Nationwide Mutual Insurance Company