**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, | ) |
| Plaintiff, | ) No. 2:21-cv-00137-EWH-LRL |
| vs. | ) |
| PALO ALTO NETWORKS, INC., | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL AS TO
U.S. PATENT NOS. 10,785,266 AND 10,567,343**

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Centripetal Networks, LLC ("Centripetal"), and Defendant Palo Alto Networks, Inc. ("Palo Alto Networks") hereby stipulate that Centripetal's claims with respect to U.S. Patent Nos. 10,785,266 (the "'266 patent") and 10,567,343 (the "'343 patent") are hereby dismissed without prejudice.[1] Each side will bear its own costs, expenses, and attorney's fees as to the '266 and '343 patents.

---

[1] Centripetal's claims with respect to the '266 and '343 patents were previously stayed pending resolution of *inter partes* reviews ("IPR") and subsequent appeals, and are not addressed in the Court's October 3, 2024 Final Judgment. *See* Dkt. 405, 972.

Dated: November 26, 2024                                    Respectfully submitted,

By: */s/ Stephen E. Noona*                                  By: */s/ Robert W. McFarland*

| | |
|---|---|
| Stephen E. Noona | Robert W. McFarland (VSB No. 24021) |
| Virginia State Bar No. 25367 | **MCGUIREWOODS LLP** |
| Clark J. Belote | World Trade Center |
| Virginia State Bar No. 87310 | 101 W. Main Street, Suite 9000 |
| KAUFMAN & CANOLES, P.C. | Norfolk, Virginia 23510-1655 |
| 150 West Main Street, Suite 2100 | Telephone: (757) 640-3716 |
| Norfolk, VA 23510 | Facsimile: (757) 640-3966 |
| Telephone: (757) 624-3239 | E-mail: rmcfarland@mcguirewoods.com |
| Facsimile: (888) 360-9092 | |
| senoona@kaufcan.com | Jonathan P. Harmon (VSB No. 39081) |
| cjbelote@kaufcan.com | David E. Finkelson (VSB No. 44059) |
| | **MCGUIREWOODS LLP** |
| Paul J. Andre (pro hac vice) | Gateway Plaza |
| Lisa Kobialka (pro hac vice) | 800 East Canal Street |
| James Hannah (pro hac vice) | Richmond, VA 23219-3916 |
| Kristopher Kastens (pro hac vice) | Telephone: (804) 775-1000 |
| Christina M. Finn (pro hac vice) | Facsimile: (804) 775-1061 |
| Aakash B. Jariwala (pro hac vice) | E-mail: jharmon@mcguirewoods.com |
| Linjun Xu (pro hac vice) | E-mail: dfinkelson@mcguirewoods.com |
| KRAMER LEVIN NAFTALIS | |
|  & FRANKEL LLP | Brett C. Govett (Admitted *Pro Hac Vice*) |
| 333 Twin Dolphin Drive, Suite 700 | James S. Renard (Admitted *Pro Hac Vice*) |
| Redwood Shores, CA 94065 | **NORTON ROSE FULBRIGHT US LLP** |
| Telephone: (650) 752-1700 | 2200 Ross Avenue, Suite 3600 |
| Facsimile: (650) 752-1800 | Dallas, Texas 75201 |
| pandre@kramerlevin.com | Telephone: (214) 855-8000 |
| lkobialka@kramerlevin.com | brett.govett@nortonrosefulbright.com |
| jhannah@kramerlevin.com | james.renard@nortonrosefulbright.com |
| kkastens@kramerlevin.com | |
| cfinn@kramerlevin.com | Richard S. Zembek (Admitted *Pro Hac Vice*) |
| ajariwala@kramerlevin.com | Daniel S. Leventhal (Admitted *Pro Hac Vice*) |
| lxu@kramerlevin.com | Daniel A. Prati (Admitted *Pro Hac Vice*) |
| | **NORTON ROSE FULBRIGHT US LLP** |
| Cristina L. Martinez (pro hac vice) | 1301 McKinney Street, Suite 5100 |
| KRAMER LEVIN NAFTALIS | Houston, Texas 77010 |
|  & FRANKEL LLP | Telephone: (713) 651-5151 |
| 1177 Avenue of the Americas | richard.zembek@nortonrosefulbright.com |
| New York, NY 10036 | daniel.leventhal@nortonrosefulbright.com |
| Telephone: (212) 715-9000 | daniel.prati@nortonrosefulbright.com |
| Facsimile: (212) 715-8000 | |
| cmartinez@kramerlevin.com | Stephanie N. DeBrow (Admitted *Pro Hac Vice*) |
| | Talbot R. Hansum (Admitted *Pro Hac Vice*) |

| | |
|---|---|
| *Attorneys for Plaintiff,*<br>*Centripetal Networks, LLC* | **NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 474-5201<br>stephanie.debrow@nortonrosefulbright.com<br>talbot.hansum@nortonrosefulbright.com<br><br>Nathan Mannebach (Admitted Pro Hac Vice)<br>**NORTON ROSE FULBRIGHT US LLP**<br>60 South Sixth Street, Suite 3100<br>Minneapolis, MN 55402-1114<br>Telephone: (612) 321-2800<br>nathan.mannebach@nortonrosefulbright.com<br><br>James R. Batchelder (Admitted *Pro Hac Vice*)<br>Andrew T. Radsch (Admitted *Pro Hac Vice*)<br>**ROPES & GRAY LLP**<br>1900 University Avenue, 6th Floor East<br>Palo Alto, CA 94303<br>Telephone: (650) 617-4000<br>james.batchelder@ropesgray.com<br>andrew.radsch@ropesgray.com<br><br>***COUNSEL FOR PALO ALTO NETWORKS, INC.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
**MCGUIREWOODS LLP**
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com