# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **CENTRIPETAL NETWORKS, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:21-cv-00137 (EWH-LRL) |
| **PALO ALTO NETWORKS, INC.,** | ) |
| **Defendant.** | ) |

## CENTRIPETAL NETWORKS, LLC'S NOTICE OF APPEAL NOTIFICATION

Plaintiff Centripetal Networks, LLC ("Centripetal"), by counsel, submits this Notice of Appeal Notification to bring to the Court's attention certain information received from the United States Court of Appeals for the Federal Circuit ("Federal Circuit"). On December 11, 2024, the Federal Circuit provided notice that "a motion subject to Fed. R. App. P. 4(a)(4) has been filed" in this district court case and that "the appeal has been stayed pending action on the motion" by this Court. A copy of the Notice is attached as **Exhibit 1.** Centripetal understands that the only motion subject to Fed. R. App. P. 4(a)(4) now pending before this Court that requires resolution in order for the stay of the Appeal to be lifted is Centripetal's Motion for Pre- and Post-Judgment Interest (Dkt. Nos. 978, 979), filed on October 17, 2024. *See* **Exhibit 2** (Palo Alto Networks, Inc.'s November 27, 2024 Federal Circuit Notice identifying only Centripetal's Motion for Pre- and Post-Judgment Interest as an FRCP 59(e) motion subject to FRAP 4(a)(4)).

Dated:  December 12, 2024           Respectfully submitted,

  */s/ Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.

150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
Christina Finn (*pro hac vice*)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com
cfinn@kramerlevin.com

*Attorneys for Plaintiff*
*Centripetal Networks, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

>  */s/ Stephen E. Noona*
>  Stephen E. Noona
>  Virginia State Bar No. 25367
>  KAUFMAN & CANOLES, P.C.
>  150 West Main Street, Suite 2100
>  Norfolk, VA 23510
>  Telephone: (757) 624-3239
>  Facsimile: (888) 360-9092
>  senoona@kaufcan.com