NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CENTRIPETAL NETWORKS, LLC, fka Centripetal Networks, Inc.,**
*Plaintiff-Cross-Appellant*

v.

**PALO ALTO NETWORKS, INC.,**
*Defendant-Appellant*

---

2025-1167, 2025-1168

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 2:21-cv-00137-EWH-LRL, Judge Elizabeth W. Hanes.

---

**O R D E R**

Upon consideration of the above-captioned appeals and Palo Alto Networks, Inc.'s November 27, 2024 notice to the court of, among other things, pending motions listed under Federal Rule of Appellate Procedure 4(a)(4),

IT IS ORDERED THAT:

(1) The appeals are consolidated as appeal and cross-appeal, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected above.

2  CENTRIPETAL NETWORKS, LLC v. PALO ALTO NETWORKS, INC.

(2) The appeals are deactivated. Within seven days of the date of entry of a new final judgment or resolution of the last such outstanding motion, whichever is later, the parties are directed to inform the court as to how they believe these appeals should proceed.

FOR THE COURT

December 11, 2024
Date

Jarrett B. Perlow
Clerk of Court