

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

December 11, 2024

<u>Transmitted Via E-Mail</u>

Clerk of Court
United States District Court for the Eastern District of Virginia

**Re:  United States District Court for the Eastern District of Virginia, 2:21-cv-00137-EWH-LRL
Centripetal Networks, LLC v. Palo Alto Networks, Inc., 2025-1167, 2025-1168**

Dear Clerk:

It appears that a motion subject to Fed. R. App. P. 4(a)(4) has been filed in your court. The appeal has been stayed pending action on the motion by your court. Please transmit a certified copy of the docket sheet upon final disposition of the motion.

Thank you for your cooperation.

Sincerely,



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk