NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CENTRIPETAL NETWORKS, LLC, fka Centripetal Networks, Inc.,**

*Plaintiff-Cross-Appellant*

v.

**PALO ALTO NETWORKS, INC.,**

*Defendant-Appellant*

---

2025-1167, 2025-1168

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:21-cv-00137-EWH-LRL, Judge Elizabeth W. Hanes.

---

## O R D E R

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Eastern District of Virginia, Norfolk, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective December 22, 2025.

2　CENTRIPETAL NETWORKS, LLC v. PALO ALTO NETWORKS, INC.

The appellant's brief is due on February 20, 2026.

FOR THE COURT

December 22, 2025
Date

Jarrett B. Perlow
Clerk of Court